81,487-01

# WRIT OF HABEAS CORPUS

## CERTIFIED COPIES OF

## POST CONVICTION

FROM:      182ND DISTRICT COURT

OF

HARRIS COUNTY, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 18 2015

Abel Acosta, Clerk

OSCAR ORLANDO ORTIZ

APPLICANT

VS.

THE STATE OF TEXAS

RESPONDENT

# CAUSE #1150848-A

# INDEX

PAGE

LETTER FROM THE COURT OF CRIMINAL APPEALS TO RESPOND IN 10     1
DAYS TO PREVIOUS MANDAMUS ORDER

WRIT OF MANDAMUS FROM THE COURT OF CRIMINAL APPEALS     2

DISTRICT ATTORNEY ACKNOWLEDGMENT LETTER     4

STATE'S PROPOSED ORDER DESIGNATING ISSUES AND FOR FILING     5
AFFIDAVIT

LETTER TO APPLICANT     10

CERTIFICATE OF THE CLERK     11

REV: 01-02-04



SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
ELSA ALCALA
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
JUDGES

## COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1597

March 12, 2015

District Clerk Harris County
Chris Daniel
Post Conviction/Appeals Section
P.O. Box 4651
Houston, TX 77210-4651
* DELIVERED VIA E-MAIL *

**FILED**
Chris Daniel
District Clerk

MAR 1 3 2015

Time:_____
Harris County, Texas

By_____
Deputy

Re: Ortiz, Oscar Orlando
CCA No. WR-81,487-01
Trial Court Case No. 1150848-A

Dear Clerk:

On July 9, 2014 this Court entered an order requiring you to respond within 30 days by either presenting an Order Designating Issues, submitting the application for Writ of Habeas Corpus to this Court, or by certifying that no application was filed. A copy of said order is available on our website under the above referenced writ number. To date no response to this order has been received.

Please take action within the next ten days to explain why you have not complied with the order of July 9, 2014.

Sincerely,

Abel Acosta, Clerk

cc:    Oscar Orlando Ortiz


FILED
Chris Daniel
District Clerk
Time: MAR 16 2015
8:35
By
Harris County, Texas
Deputy



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-81,487-01

## IN RE OSCAR ORLANDO ORTIZ, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 1150848-A IN THE 182ND DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in the 182nd District Court of Harris County, that more than 35 days have elapsed, and that the application has not yet been forwarded to this Court.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Harris County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting a copy of a timely filed order which designates issues to be investigated (*see McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992)), or stating that

Relator has not filed an application for a writ of habeas corpus in Harris County. Should the response include an order designating issues, proof of the date the district attorney's office was served with the habeas application shall also be submitted with the response. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: July 9, 2014
Do not publish

**Belinda Hill**
**Interim First Assistant**



Criminal Justice Center
1201 Franklin, Suite 600
Houston, Texas 77002-1901

# HARRIS COUNTY DISTRICT ATTORNEY
## MIKE ANDERSON

July 8, 2013

Chris Daniel, District Clerk
Harris County, Texas
1201 Franklin
Houston, Texas 77002

Re: Ex parte <u>OSCAR ORLANDO ORTIZ</u>
No. <u>1150848-A</u> in the <u>182nd</u>
District Court of Harris County, Texas
Filing date: 07-05-13

Date copy of writ delivered to District Attorney's Basket:   **JUL 0 8 2013**
By: <u>Leslie Hernandez</u>

Dear Sir:

I hereby acknowledge receipt of a copy of the above-captioned post conviction application for writ of habeas corpus, filed pursuant to Article 11.07 of the Texas Code of Criminal Procedure. Therefore, I waive service by certified mail as provided therein.

I understand that I have 15 days from the date received to answer.

Sincerely,

**JUL 0 8 2013**

_____
Date Received

_____
Assistant District Attorney
Harris County, Texas

Cause No. 1150848-A

EX PARTE                      §        IN THE 182nd DISTRICT COURT, County, Texas

                              §        By _____

                              §        OF

OSCAR ORLANDO ORTIZ,          §        HARRIS COUNTY, TEXAS
Applicant

## STATE'S PROPOSED ORDER DESIGNATING ISSUES
## AND FOR FILING AFFIDAVIT

Having considered the application for writ of habeas corpus in the above-captioned cause and the State's original answer, the Court finds that the issue of whether the applicant was denied effective assistance of counsel and whether the applicant's plea was voluntary still needs to be resolved in the present case.

Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-cited issue and then enter findings of fact.

To assist the Court in resolving these factual issues, counsel Alvin Nunnery is ORDERED to file an affidavit summarizing his actions as counsel for the applicant in the primary case, cause number 1150848-A, and specifically responding to the following:

1. Did Nunnery ever represent to the applicant that, upon his plea of guilty to the State charges, the applicant would be returned to Federal custody?

2. Did Nunnery ever represent to the applicant that, upon his plea of guilty to the State charges, the applicant's State and Federal sentences would run concurrently?

3. What advice did Nunnery give to the applicant regarding entering his plea and whether the State and Federal sentences would run concurrently?

4. What precipitated the notation on the judgment that the State and Federal sentences were to run concurrently? (Specifically, did Nunnery ask the judge to make that notation? At what point during the plea process did Nunnery ask for the notation? Had Nunnery advised the applicant before the plea that the court would definitely make such a notation? Had Nunnery advised the applicant that if the court made the notation, it would be binding?)



1

5. Did the court ever represent to the applicant that she had the power to order that the applicant's State and Federal sentences run concurrently?

6. Does Nunnery believe that the applicant agreed to plead guilty due to a false impression and/or promise that the sentences would run concurrently? If so, who gave the applicant the false impression or made the false promise?

000006

# ORDER

Alvin Nunnery is ORDERED to file said affidavit with the Post-Conviction Writs Division of the District Clerk's Office, 1201 Franklin, Third Floor, Houston, Texas 77002, within THIRTY DAYS of the signing of this Order.

The Clerk of the Court is ORDERED to send a copy of this Order to the applicant and to the State, and to serve copies of this Order, the State's Answer, and the Original application:

> Mr. Alvin Nunnery
> 909 Texas Street, Ste. 205
> Houston, Texas 77002-3149

When the affidavit of Alvin Nunnery is received, the Clerk is **ORDERED** to send a copy of said affidavit to the applicant, Oscar Orlando Ortiz, #1525993 – Lynaugh Unit, 1098 South Highway 2037, Fort Stockton, Texas 79735; and a copy to Counsel for the State, Assistant District Attorney Eva Flores, 1201 Franklin, Suite 600; Houston, Texas 77002.

The Clerk of the Court is **ORDERED NOT** to transmit at this time any documents in the above-styled case to the Court of Criminal Appeals until further ordered by this Court.

**By the following signature, the Court adopts the State's Proposed Order Designating Issues and for Filing Affidavit in Cause Number 1150848-A.**

Signed this _____ day of _____ JUL 1 6 2013 _____, 2013.

_____
PRESIDING JUDGE

3



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

July 17, 2013

MIKE ANDERSON
DISTRICT ATTORNEY
HARRIS COUNTY, TEXAS

To Whom It May Concern:

Pursuant to Article 11.07 of the Texas Code of Criminal Procedure, please find enclosed copies of the documents indicated below concerning the Post Conviction Writ filed in cause number 1150848-A in the 182nd District Court.

☐ State's Original Answer Filed ,

☐ Affidavit ,

☐ Court Order Dated ,

☒ Respondent's Proposed Order Designating Issues and Order For Filing Affidavit.

☐ Respondent's Proposed Findings of Fact and Order ,

☐ Other

Sincerely,

Leslie Hernandez, Deputy
Criminal Post Trial

lah

Enclosure(s) – STATE'S PROPOSED ORDER DESIGNATING ISSUES AND FOR FILING AFFIDAVIT



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

July 17, 2013

ALVIN NUNNERY
ATTORNEY AT LAW
909 TEXAS STREET, STE. 205
HOUSTON, TEXAS 77002-3149

RE:  OSCAR ORLANDO ORTIZ
     CAUSE #1150848-A
     182ND DISTRICT COURT

Dear Sir :

Enclosed herewith please find a copy of the Court's Order wherein the court orders that ALVIN NUNNERY, Attorney at Law, file an affidavit in response to allegations made in the petition for post conviction writ of habeas corpus in the above numbered and styled cause.

Sincerely,

Leslie Hernandez, Deputy
Criminal Post Trial
Harris County District Clerk's Office

Enclosure:  Respondent's Proposed Order Designating Issues and Order for Filing Affidavit, Respondent's Original Answer, Application for Writ of Habeas Corpus

CC:  Kelly Reyes



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

July 17, 2013

OSCAR ORLANDO ORTIZ
#1525993 LYNAUGH UNIT
1098 SOUTH HIGHWAY 2037
FORT STOCKTON, TEXAS 79735

To Whom It May Concern:

Pursuant to Article 11.07 of the Texas Code of Criminal Procedure, please find enclosed copies of the documents indicated below concerning the Post Conviction Writ filed in cause number 1150848-A in the 182nd District Court.

☐ State's Original Answer Filed ,

☐ Affidavit ,

☐ Court Order Dated ,

☒ Respondent's Proposed Order Designating Issues and Order For Filing Affidavit.

☐ Respondent's Proposed Findings of Fact and Order ,

☐ Other

Sincerely,

Leslie Hernandez, Deputy
Criminal Post Trial

lah

Enclosure(s) – STATE'S PROPOSED ORDER DESIGNATING ISSUES AND FOR FILING AFFIDAVIT

CERTIFICATE OF THE CLERK

APPLICANT IN CUSTODY

THE STATE OF TEXAS          {   IN THE 182nd DISTRICT COURT

COUNTY OF HARRIS          {   OF HARRIS COUNTY, TEXAS

I, CHRIS DANIEL, District Clerk of Harris County, Texas, do hereby certify that the foregoing ‖ pages contain true and correct copies of original records now in my lawful custody and possession relating to cause number 1150848-A including certified copies as requested from Court Order (entered on the 9TH day of JULY, A.D., 2014) and each document, the inclusion of which was thereby ordered.

I further certify the Applicant OSCAR ORLANDO ORTIZ is in the custody of the Texas Department of Criminal Justice Institutional Division.

Witness my hand and seal of said Court at Houston, Texas, on this the 16TH day of MARCH, 2015.

CHRIS DANIEL, District Clerk
Harris County, Texas

By:_____
Leslie Hernandez, Deputy

PAGE 1 OF 1                                              REV. 01-02-04